Supreme Court N.Y. Index No. 156385/12

Brittany Munoz & Georgia Cleary

Plaintiff(s)/Petitioner(s)

against

Photobucket Corp, Photobucket Inc, News Corp et AL
Defendant(s)/Respondent(s)

Calendar No.

**AFFIDAVIT OF SERVICE**

COUNTY, NEW YORK STATE: Mitchell Mantell Queens NY. being sworn,
says: Deponent is not a party herein, is over 18 years of age and resides at
On 1-5-~~19~~13 at 6:40 P.M., at 2125 Stuyvesant Ave East Meadow NY 11554
deponent served the within ☒ summons ☒ with notice

☐ summons, Spanish summons and complaint, the language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)
☐ summons and complaint
☐ notice of petition and petition ☐ citation
☐ subpoena ☐ subpoena duces tecum ☒ Notice of Commencement of Action Subject to Mandatory Electronic Filing

on Philip Dayton  Jane Doe
Donald Kushnick
Danielle Dudeck

☒ defendant (hereinafter
☐ respondent called therein named
☐ witness the recipient)

**INDIVIDUAL 1.** ☒ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein. Donald Kushnick

**CORPORATION 2.** ☐ a ___ corporation, by delivering thereat a true copy of each to ___ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be ___ thereof

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy of each to Donald Kushnick a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☒ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

Deponent talked to Donald Kushnick at said premises who stated that recipient ☒ lived ☐ worked there.

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at 2125 Stuyvesant Ave East Meadow NY 11554 and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.
Philip Dayton, Danielle Dudeck, Jane Doe

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at recipient's actual place of business, at ___ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒
☒ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blonde Hair ☒ Mustache ☒ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☒ Beard ☐ 51-65 Yrs. ☒ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☒ Glasses ☐ Over 65 Yrs. ☐ Over 6' ☒ Over 200 Lbs. — 210 lbs

Other identifying features: ☒

**WITNESS FEES** $ ___ the authorizing traveling expenses and one days' witness fee:
☐ was paid (tendered) to the recipient
☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.
Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 1-6-13 _[signature]_

License No. 0930451

PERRY IAN TISCHLER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02TI6025025
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES MAY 17, 20_15_

© 1978 BY JULIUS BLUMBERG, INC. PUBLISHER NYC 10013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X
BRITTANY MUNOZ and GEORGIA CLEARY,　　　　Index No: 156385/2012

　　　　　　　　　　　　　Plaintiffs,

　　　　　　-against-


PHOTOBUCKET CORPORATION; PHOTOBUCKET,
INC. (et al),

　　　　　　　　　　　　　Defendants.

-----------------------------------------------------------------------X


SUMMONS WITH NOTICE and NOTICE OF COMMENCEMENT OF ACTION SUBJECT
TO MANDATORY ELECTRONIC FILING


**BAILEY & SHERMAN, P.C.**
*Attorneys for Plaintiffs*
40-26 235th Street
Douglaston, New York 11363
(718) 631-2500