UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MUNOZ,

                Plaintiff(s),                 **NOTICE OF COURT CONFERENCE**

       -against-

PHOTOBUCKET,                                  13 civ 898 (JGK)

                Defendant(s).
------------------------------------------------------X

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Tuesday, April 16,**

**2013** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                   **Don Fletcher**

                        **Courtroom Case Manager**

Dated: New York, New York
       February 26, 2013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/26/2013_