USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3-12-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BRITTANY MUNOZ and GEORGIA CLEARY,

                Plaintiffs,

v.

PHOTOBUCKET CORPORATION; PHOTOBUCKET,
INC.; NEWS CORP.; NEWS CORPORATION; NEWS
CORPORATION, INC.; NEWS CORP DIGITAL
MEDIA; NEWS CORP. DIGITAL MEDIA, INC.; FOX
INTERACTIVE MEDIA; FOX INTERACTIVE MEDIA,
INC.; ONTELA, INC.; MYSPACE, LLC; MYSPACE;
MYSPACE, INC; MYSPACE, CORP.; SPECIFIC
MEDIA, LLC; SPECIFIC MEDIA GROUP; SPECIFIC
MEDIA GROUP, LTD.; PHILIP DAYTON, individually
or by and through his step-father/legal guardian, Donald
Kushnick, or by and through his mother/legal
guardian/natural guardian, Danielle Dudeck/Jane Doe;
DONALD KUSHNICK; DANIELLE DUDECK; JANE
DOE #1, mother/legal guardian/natural guardian of Philip
Dayton; NINA BUFFALINO, individually or by and
through her father/legal guardian/natural guardian,
Pasquale Buffalino or by and through her mother/legal
guardian/natural guardian, Gina Buffalino; NIA
BUFFALINO, individually or by and through her
father/legal guardian/natural guardian, Pasquale Buffalino
or by and through her mother/legal guardian/natural
guardian, Gina Buffalino; PASQUALE BUFFALINO;
GINA BUFFALINO; JANE DOE numbered 2 through 5,
to wit, those female individual persons who committed, or
helped commit, the acts/torts alleged herein in the attached
notice; JOHN DOE numbered 1 through 5, those male
individuals who committed, or helped commit, the
acts/torts alleged herein in the attached notice; JOHN
DOE, INC./JOHN DOE, CORP., numbered 1 through 5,
those corporate or business entities which committed, or
helped commit, the acts/torts alleged herein in the attached
notice,

                Defendants.
------------------------------------------------------------------ x

Case No.: 1:13-cv-00898-JGK

**STIPULATION AND ORDER**

1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the time within which the Defendants may answer, move or otherwise respond to Plaintiffs' Complaint, which has been served by e-mail and accepted by defense counsel, is hereby extended to and including thirty (30) days after the following two events: (i) Plaintiffs have filed the Complaint with the Court in accordance with the Court's directives, or have otherwise filed the Complaint; and, (ii) the Complaint appears on the Court's electronic docket. It is further stipulated and agreed that Defendants hereby waive any and all jurisdictional defense(s) based solely on Plaintiffs' failure and/or inability to file affidavits of service attesting to the service of summonses with notice upon Defendants. Defendants do not waive any other defenses, jurisdictional or otherwise. Defendants have not made any previous requests to this Court for adjournment or extension.

Dated:   New York, New York
         March 8, 2013

BAILEY & SHERMAN, P.C.

By: _____
    Edward C. Bailey
    Anthony V. Gentile
*Attorneys for Plaintiffs*
40-26 235th Street
Douglaston, New York 11363
Tel: (718) 631-2500

DAVIS WRIGHT TREMAINE LLP

By: _____
    Laura R. Handman
    James Rosenfeld
    Jeremy A. Chase
*Attorneys for Defendants News Corporation and Fox Interactive Media, Inc.*

GREENBERG TRAURIG, LLP

By: _____
    Wendy M. Mantell
*Attorney for Defendants MySpace LLC and Specific Media LLC*
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Tel: (310) 586-6522

SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
    Mark A. Lerner
    Sarah M. Gilbert
*Attorneys for Defendants Photobucket Corporation and Photobucket.com, Inc. (sued herein as Photobucket, Inc.)*

1633 Broadway, 27th Floor  
New York, New York 10019  
Tel: (212) 489-8230  

GABAY-RAFIY & BOWLER LLP

By: /s/ Anne-Marie Bowler /JC  
Anne-Marie Bowler  
*Attorney for Defendants Nina Buffalino,  
Nia Buffalino, Pasquale Buffalino and Gina  
Buffalino*  
299 Broadway, Suite 1120  
New York, New York 10007  
Tel: (212) 941-5025  

---

230 Park Avenue  
New York, New York 10169  
Tel: (212) 818-9200  

KEITH, SHAPIRO & FORD

By: /s/ Richard Ford /JC  
Richard P. Ford  
*Attorney for Defendants Danielle Dudeck,  
Donald Kushnick, and Philip Dayton (for  
the purposes of this stipulation only)*  
666 Old Country Road  
Garden City, New York 11530  
Tel: (718) 544-6535  

IT SO ORDERED:

By: /s/ John G. Koeltl  
Hon. John G. Koeltl  
United States District Judge

3/12/13