**13 CIV 898**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

BRITTANY MUNOZ and GEORGIA CLEARY,

                Plaintiffs,

      v.

PHOTOBUCKET CORPORATION; PHOTOBUCKET, INC.; NEWS CORP.; NEWS CORPORATION; NEWS CORPORATION, INC.; NEWS CORP DIGITAL MEDIA; NEWS CORP. DIGITAL MEDIA, INC.; FOX INTERACTIVE MEDIA; FOX INTERACTIVE MEDIA, INC.; ONTELA, INC.; MYSPACE, LLC; MYSPACE; MYSPACE, INC; MYSPACE, CORP.; SPECIFIC MEDIA, LLC; SPECIFIC MEDIA GROUP; SPECIFIC MEDIA GROUP, LTD.; PHILIP DAYTON, individually or by and through his step-father/legal guardian, Donald Kushnick, or by and through his mother/legal guardian/natural guardian, Danielle Dudeck/Jane Doe; DONALD KUSHNICK; DANIELLE DUDECK; JANE DOE #1, mother/legal guardian/natural guardian of Philip Dayton; NINA BUFFALINO, individually or by and through her father/legal guardian/natural guardian, Pasquale Buffalino or by and through her mother/legal guardian/natural guardian, Gina Buffalino; NIA BUFFALINO, individually or by and through her father/legal guardian/natural guardian, Pasquale Buffalino or by and through her mother/legal guardian/natural guardian, Gina Buffalino; PASQUALE BUFFALINO; GINA BUFFALINO; JANE DOE numbered 2 through 5, to wit, those female individual persons who committed, or helped commit, the acts/torts alleged herein in the attached notice; JOHN DOE numbered 1 through 5, those male individuals who committed, or helped commit, the acts/torts alleged herein in the attached notice; JOHN DOE, INC./JOHN DOE, CORP., numbered 1 through 5, those corporate or business entities which committed, or helped commit, the acts/torts alleged herein in the attached notice,

                Defendants.

------------------------------------------------------------------ x

Case No.: _____

**DEFENDANTS NEWS CORPORATION AND FOX INTERACTIVE MEDIA, INC.'S CORPORATE DISCLOSURE STATEMENT**

[RECEIVED FEB - 6 2013 U.S.D.C. S.D.N.Y. CASHIERS stamp]

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, News Corporation states that it has no parent company, and no publicly held corporation owns 10% or more of its stock.

Fox Interactive Media, Inc. states that it is a wholly-owned subsidiary of News Corporation.

Dated: New York, New York
       February 7, 2013　　　　　　　Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____
Laura Handman
James Rosenfeld
Jeremy A. Chase

1633 Broadway, 27th Floor
New York, New York 10019
Tel: (212) 489-8230

*Attorneys for Defendants News Corporation and Fox Interactive Media, Inc.*