UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    Docket No.: 1:13-cv-898-JGK
BRITTANY MUNOZ and GEORGIA CLEARY,

                Plaintiffs,

    -against-

PHOTOBUCKET CORPORATION; PHOTOBUCKET,     **NOTICE OF APPEARANCE**
INC.; NEWS CORP.; NEWS CORPORATION; NEWS     **OF PLAINTIFFS' COUNSEL**
CORPORATION, INC.; NEWS CORP DIGITAL
MEDIA; NEWS CORP DIGITAL MEDIA, INC.; FOX
INTERACTIVE MEDIA; FOX INTERACTIVE
MEDIA, INC.; ONTELA, INC.; MYSPACE, LLC;
MYSPACE; MYSPACE, INC.; MYSPACE, CORP.;
SPECIFIC MEDIA, LLC; SPECIFIC MEDIA GROUP;
SPECIFIC MEDIA GROUP, LTD; PHILIP DAYTON,
individually or by and through his step-father/legal
guardian, Donald Kushnick, or by and through his
mother/legal guardian/natural guardian, Danielle
Dudeck/Jane Doe; DONALD KUSHNICK; DANIELLE
DUDECK; JANE DOE #1, mother/legal
guardian/natural guardian of Philip Dayton; NINA
BUFFALINO, individually or by and through her
father/legal guardian/natural guardian, Pasquale
Buffalino or by and through her mother/legal
guardian/natural guardian, Gina Buffalino; NIA
BUFFALINO, individually or by and through her
father/legal guardian/natural guardian, Pasquale
Buffalino or by and through her mother/legal
guardian/natural guardian, Gina Buffalino; PASQUALE
BUFFALINO; GINA BUFFALINO; JANE DOE
numbered 2 through 5, to wit, those female individual
persons who committed, or helped commit, the acts/torts
alleged herein in the attached notice; JOHN DOE
numbered 1 through 5, those male individuals who
committed, or helped commit, the acts/torts alleged
herein in the attached notice; JOHN DOE, INC./JOHN
DOE, CORP., numbered 1 through 5, those corporate or
business entities which committed, or helped commit,
the acts/torts alleged herein in the attached notice,

                Defendants.
------------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

Please enter the appearance of both counsel listed below on behalf of Plaintiffs herein and please register their respective email addresses with the Court's ECF system. Both counsel listed below hereby certify that each of them is admitted to practice in this Court.

BAILEY & SHERMAN, P.C.

_____
by: EDWARD G. BAILEY (EB-9954)
*Plaintiffs' Counsel*
Office and P.O. Address
40-26 235th Street
Douglaston, New York 11363
Telephone Number: (718) 631-2500
E-mail address: EBailey@BaileyLawNYC.com

\* \* \*

_____
ANTHONY V. GENTILE (AG-6065)
(Of Counsel to Bailey & Sherman, P.C.)
Office and P.O. Address
40-26 235th Street
Douglaston, New York 11363
Telephone Number: (718) 631-2500
E-mail address: AGentile@BaileyLawNYC.com

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY MUNOZ and GEORGIA CLEARY,<br><br>Plaintiffs,<br><br>- against -<br><br>PHOTOBUCKET CORPORATION (and others),<br><br>Defendants. | Civil Case No. : 13 CIV 898 |

## PLAINTIFFS' NOTICE OF APPEARANCE

**BAILEY & SHERMAN, P.C.**
*Attorneys for Plaintiffs*
Office and P.O. Address
40-26 235th Street
Douglaston, New York 11363
Telephone Number: (718) 631-2500