UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brittany MUNOZ and Georgia CLEARY,
                              Plaintiff,

-against-

PHOTOBUCKET CORPORATION, et al.
                              Defendant.

13 cv 898 (   )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Ian C. Ballon__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California, Maryland, and Washington D.C.__; and that his/her contact information is as follows (please print):

Applicant's Name: Ian C. Ballon

Firm Name: Greenberg Traurig LLP

Address: 1840 Century Park East, 19th Floor

City / State / Zip: Los Angeles, CA 90067

Telephone / Fax: Ph: 310.586.6575 / Fax: 310.586.0575

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __MySpace LLC and Specific Media LLC__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/5/13

United States District / Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# 
DATE FILED: 4/8/13