UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

BRITTANY MUNOZ AND GEORGIA CLEARY,

                Plaintiffs,

- against -

PHOTOBUCKET CORPORATION, ET AL.,

                Defendants.
------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/17/13

13 Civ. 898 (JGK) (KNF)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| _X_ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion: _____ |
| | | | All such motions: ____ |

SO ORDERED.
DATED:    New York, New York
              April 17, 2013

                                                      _____
                                                            **John G. Koeltl**
                                                          **United States District Judge**

---

* Do not check if already referred for general pretrial.