UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRITTANY MUNOZ AND GEORGIA CLEARY,

          Plaintiffs,        13 Civ. 898 (JGK)

    - against -              ORDER

PHOTOBUCKET CORPORATION, ET AL.,

          Defendants.

---

JOHN G. KOELTL, District Judge:

    As stated at the conference held yesterday, the case has been referred to the magistrate judge for purposes of settlement. The defendants' time to move or answer is extended to **three weeks** after the conference with the magistrate judge. No additional pre-motion conference before a motion is necessary.

SO ORDERED.

Dated:    New York, New York
           April 17, 2013

                                      John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/17/13