AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BRITTANY MUNOZ AND GEORGIA CLEARY <br> *Plaintiff* <br> v. <br> PHOTOBUCKET CORPORATION, ET AL. <br> *Defendant* | Case No.   13 Civ. 898 (JGK) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Photobucket Corporation and Photobucket.com, Inc. (sued herein as Photobucket, Inc.)

Date:     04/23/2013

*Attorney's signature*

Mark Lerner
*Printed name and bar number*
230 Park Avenue
New York, NY 10169

*Address*

mlerner@ssbb.com
*E-mail address*

(212) 818-9200
*Telephone number*

(212) 818-9606
*FAX number*