# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY MUNOZ AND GEORGIA CLEARY — Plaintiff, -v- PHOTOBUCKET CORPORATION, ET AL. — Defendant. | Case No. 13 Civ. 898 (JGK) **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Photobucket.com, Inc. (sued as Photobucket, Inc.)   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No such entity exists.

**Date:** 4/23/2013

*[Signature]*
**Signature of Attorney**

**Attorney Bar Code:** _____

Form Rule7_1.pdf   SDNY Web 10/2007