# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY MUNOZ AND GEORGIA CLEARY<br><br>-v-<br><br>PHOTOBUCKET CORPORATION, ET AL. | Plaintiff,<br><br><br><br><br><br>Defendant. |

Case No. 13 Civ. 898 (JGK)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Photobucket Corporation                                  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No such entity exists.

**Date:** 4/23/2013

**Signature of Attorney**

**Attorney Bar Code:**

Form Rule7_1.pdf  SDNY Web 10/2007